AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JOSE LUIS RODRIGUEZ LOPEZ | ) | Case No. 3-14-71407 JSC |
| | ) | |
| | ) | Charging District's |
| Defendant | ) | Case No. _CR09-03116 JLS_ |

**COMMITMENT TO ANOTHER DISTRICT**

The defendant has been ordered to appear in the ___Southern___ District of ___California___,
*(if applicable)* _____ division. The defendant may need an interpreter for this language: ___Spanish___.

The defendant:   ☐ will retain an attorney.
☑ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: __11-7-14__      _____
*Judge's signature*

Jacqueline Scott Corley, U.S. Magistrate Judge
*Printed name and title*

FILED NOV 07 2014 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA